IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01502-MSK

DEE HODAPP;
MICHAEL HODAPP,

    Plaintiffs,

v.

WYETH;
AHP SUBSIDIARY HOLDING CORPORATION;
INDEVUS PHARMACEUTICALS, INC., formerly known as Interneuron Pharmaceuticals, Inc.,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, one of the Plaintiffs' attorneys is a former client.

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 17th day of July, 2008.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge